UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
               v.                         Criminal No. 99-264(SEC)
MICHAEL MIRANDA SANTIAGO
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Dockets # 260 Motion for Some Disposition** | **NOTED**. Defendant' U.S. Probation Officer filed a motion informing the Court as to Defendant's violation of certain conditions of his supervised release (Docket # 260). The Court hereby reprimands Defendant for his violations of the conditions of his release and forewarns him that any further violations will result in the revocation of his supervised release. |

DATE:   April 27, 2005

                                              S/ *Salvador E. Casellas*
                                              SALVADOR E. CASELLAS
                                              United States District Judge